OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401623MAY. 08 2015

US POSTAGE >> PITNEY BOWES

$ 000.26⁵

5/1/2015

NAVARRO, RUBEN        Tr. Ct. No. 1993CR4509B-W3        WR-36,036-03

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk



RUBEN NAVARRO
FERGUSON UNIT - TDC # 700100
12120 SAVAGE DR.
MIDWAY, TX 75852

UTF